

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00119-CV

CLARENDON SKILLED CARE, LTD. D/B/A COMMUNITY CARE CENTER OF CLARENDON, CCCJF, LLC AND COMMUNITY CARE MANAGEMENT SERVICES, LLC, APPELLANT

V.

JIMMIE TOSHA TURNEY, APPELLEE

On Appeal from the 100th District Court
Donley County, Texas
Trial Court No. 6935, Honorable Stuart Messer, Presiding

July 10, 2013

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

***ON MOTION TO DISMISS***

Appellants, Clarendon Skilled Care, Ltd., d/b/a Community Care Center of Clarendon, CCCJF, LLC and Community Care Management Services, LLC, filed a Motion to Dismiss Appeal on July 1, 2013. In the motion, they represent that the parties have agreed to the entry of a take-nothing judgment in the underlying cause and

appellants no longer desire to pursue an appeal. The motion further states that appellee does not oppose the motion.

Without passing on the merits of the case, the Motion to Dismiss Appeal is granted and the appeal is dismissed. TEX. R. APP. P. 42.1. The motion requests that each party bear their own costs incurred for the appeal, therefore we order that each party to the appeal bear their own costs. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam